**Christian Dior Couture, S.A. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 26-cv-02142**

# Schedule A

## Defendant Online Marketplaces

| No | URL | Name / Seller Alias |
|---|---|---|
| 1 | amazon.com/sp?seller=A37S3D4P1LAMOD | DAFORERAL |
| 2 | amazon.com/sp?seller=A240YXV0GIOICH | Dstro |
| 3 | amazon.com/sp?seller=A203YBTM9PWZRI | Fushun Zhen Dong Long Trading |
| 4 | amazon.com/sp?seller=A147IOW2NQAY6R | GenuineFeelings |
| 5 | amazon.com/sp?seller=AX6REZJ6PHDPA | HaloWhisper |
| 6 | amazon.com/sp?seller=A12OHW4CQP6TMU | JiAnRongXinJiXieZuLinYouXianGongSi |
| 7 | amazon.com/sp?seller=A22XZ0HDF4E2CG | Summers Fashion Store |
| 8 | amazon.com/sp?seller=A15NIQWPD3YXRW | Wuhanshinongkanfenmaoyiyouxiangongsi |
| 9 | amazon.com/sp?seller=A3B8AK9VT31JK3 | yilongxianjiatailiheshangmaohang |
| 10 | amazon.com/sp?seller=A2NNPOZYSY8RM0 | Yueary |
| 11 | amazon.com/sp?seller=A1TMOUZUCFYGOW | YUJIANJ |
| 12 | ebay.com/usr/baisikaa | baisikaa |
| 13 | ebay.com/usr/zhikeyin1 | zhieyin1 |
| 14 | instagram.com/akjakedxx/ | akjakedxx |
| 15 | instagram.com/annehodges347y0q/?hl=en | annehodges347y0q |
| 16 | instagram.com/conak66131/?hl=en | conak66131 |
| 17 | instagram.com/emilyboyd975011/?hl=en | emilyboyd975011 |
| 18 | instagram.com/ep0acqn4k/ | ep0acqn4k |
| 19 | instagram.com/fashionkick_rachel/?hl=en | fashionkick_rachel |
| 20 | instagram.com/gwyling07/?hl=en | gwyling07 |
| 21 | instagram.com/luxjac8886/ | luxjac8886 |
| 22 | instagram.com/shoes8vip/?hl=en | shoes8vip |
| 23 | instagram.com/w19960506/?hl=en | w19960506 |
| 24 | instagram.com/wangbb668/?hl=en | wangbb668 |
| 25 | tiktok.com/@ghghgjxfg72?lang=en | ghghgjxfg72 |
| 26 | tiktok.com/@laluu5821?lang=en | laluu5821 |
| 27 | tiktok.com/@lanan6670?lang=en | lanan6670 |
| 28 | tiktok.com/@moda.bags3?lang=en | moda.bags3 |
| 29 | tiktok.com/@ojaxsfoug1?lang=en | ojaxsfoug1 |
| 30 | tiktok.com/@shoestring3?lang=en | shoestring3 |
| 31 | tiktok.com/@stacy.082?lang=en | stacy.082 |

| | | |
|---|---|---|
| 32 | tiktok.com/shop/store/blosso-jewelry/8646925975048851716?source=product_detail&enter_method=product_info_right_shop&first_entrance_tt_scene=share | Blosso Jewelry |
| 33 | bagladt.com | bagladt.com |
| 34 | baglide.com | baglide.com |
| 35 | beautiwant.com | beautiwant.com |
| 36 | bestshop88.com | bestshop88.com |
| 37 | cktbuy.com | cktbuy.com |
| 38 | dreamxstorex.com | dreamxstorex.com |
| 39 | fasionstore.com | fasionstore.com |
| 40 | foryourfashion.com | foryourfashion.com |
| 41 | fowlkees.com | fowlkees.com |
| 42 | gossip-girls.net | gossip-girls.net |
| 43 | handreplica.site | handreplica.site |
| 44 | lucehot.com | lucehot.com |
| 45 | lupizone.com | lupizone.com |
| 46 | luxury-finds.net | luxury-finds.net |
| 47 | luxurypursebrands.com | luxurypursebrands.com |
| 48 | lxyreps.com | lxyreps.com |
| 49 | makach.com | makach.com |
| 50 | redsunclub.com | redsunclub.com |
| 51 | repbrand.org | repbrand.org |
| 52 | shopcecexclusives.com | shopcecexclusives.com |
| 53 | twbag.cn | twbag.cn |
| 54 | xbagy.com | xbagy.com |
| 55 | a201811161919274280151167.wsxcme.com/weshop/store/_dkJqftYsfCoyH3A5QHMmzMWxiEx9dqgYI3a3X9A | CaiTou |