



BC

FILED
3/24/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Christian Dior Couture, S.A., et al.,

     Plaintiffs,

v.                               Case No. 26-cv-02142

The Partnerships and Unincorporated
Associations Identified on Schedule A,

     Defendants.

DEFENDANT DAFORERAL'S MOTION FOR EXTENSION OF TIME TO ANSWER

Defendant identified on Schedule A as "DAFORERAL" respectfully moves this Court for a 30-day extension of time to file an Answer or otherwise respond to the Complaint.

1.  Defendant was recently notified of this action and is currently reviewing the allegations in the Complaint.

2.  Defendant is engaged in ongoing settlement discussions with Plaintiffs' counsel and is making a good-faith effort to resolve this matter without further litigation.

3.  Good cause exists for this request, as additional time is needed to evaluate the claims, engage in settlement discussions, and potentially resolve this matter. Defendant is an overseas seller and requires additional time to understand the U.S. legal process and coordinate communications.

WHEREFORE, Defendant respectfully requests that the Court grant a 30-day extension of time to file an Answer or otherwise respond to the Complaint.

Date: March 25, 2026

Respectfully submitted,

/s/ DAFORERAL
DAFORERAL
Defendant
Email: happysu1996@gmail.com

CERTIFICATE OF SERVICE

I certify that a copy of this Motion was served on Plaintiffs' counsel on March 25, 2026.

/s/ DAFORERAL